# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cristal M. Watkins-Ford<br>      Debtor(s) | CHAPTER 13 |
| Bank of America, N.A.<br>      Movant<br> vs.<br>Cristal M. Watkins-Ford<br>      Debtor(s) | NO. 20-11101 ELF |
| Kenneth E. West<br>      Trustee | 11 U.S.C. Section 362 |

## **ORDER**

   AND NOW, this　　　day of　　　　　　, 2022 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

   ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A. to take possession and sell, lease, and otherwise dispose of the U 2012 Honda CR-V ("Vehicle") VIN# JHLRM4H50CC021665.

                          _____
                           United States Bankruptcy Judge.