# EXHIBIT B

# Lien and Title Information Report

2310-Bank of America

| | | | |
|---|---|---|---|
| **Customer** | WATKIN-, CRISTAL M | **VIN** | JHLRM4H50CC021665 |
| **Organization ID** | 2310 | **Organization Name** | Bank of America |
| **Lien Start** | 11/09/2018 | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | Retail | **Dealer ID** | |

**ALS/ALI**

## Last ELT Transactions

Received On

2019-01-23 22:41:41.0                     Add Record - Perfection of Lien

## Borrower / Lesee Details

| | |
|---|---|
| **Name** | WATKIN-, CRISTAL M |
| **Address** | 191 PRESIDENTIAL BV 512,BALA CYNWYD PA,19004 |

## Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | Auto | **Make** | HONDA |
| **Model** | CR-V | **Year** | 2012 |
| **Mileage** | 0 | | |

## Title Information

| | | | |
|---|---|---|---|
| **Title Number** | ▇▇▇▇▇ | **Title State** | PA |
| **Tag Number** | | **VIN** | JHLRM4H50CC021665 |
| **Status** | MATCHED | **Match Date** | 01/23/2019 |
| **Lien Expiration Date** | 01/23/2025 | **Media Type** | Electronic |

## State Information

| | | | |
|---|---|---|---|
| **Name** | WATKINS FORD, CRISTAL M | **Lessee** | |
| **Address** | 191 PRESIDENTIAL BLVD,UNIT 512 PO BOX 342,BALA CYNWYD PA,19004 | | |
| **Vehicle Type** | | **Make** | HOND |
| **Model** | CRV | **Year** | 2012 |
| **Mileage** | 99523 | | |
| **Title State** | PA | **Title Number** | ▇▇▇▇▇ |
| **Brands** | 68 NJ: ACTUAL MILEAGE | | |

Page: 1