# EXHIBIT C



  NADAguides Value Report 9/7/2022

# 2012 Honda CR-V
## Utility 4D EX 4WD

⇄ CHANGE CAR    ⊕ COMPARE

## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
| --- | --- | --- | --- | --- |
| Base Price | $9,050 | $10,125 | $10,975 | $13,000 |
| Mileage (0) | N/A | N/A | N/A | N/A |
| Total Base Price | $9,050 | $10,125 | $10,975 | $13,000 |
| Options |  |  |  |  |
| **Price + Options** | **$9,050** | **$10,125** | **$10,975** | **$13,000** |

Sell my car fast. **Get Offer.**