# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cristal M. Watkins-Ford<br>  Debtor(s)<br><br>Bank of America, N.A.   Movant<br><br>vs.<br><br>Cristal M. Watkins-Ford<br>  Debtor(s)<br><br>Kenneth E. West<br>  Trustee | CHAPTER 13<br><br><br>NO. 20-11101 ELF<br><br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esq., Attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of Bank of America, N.A. for Relief from Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on September 16, 2022, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Cristal M. Watkins-Ford
191 Presidential Blvd #512
Bala Cynwyd, PA 19004

Attorney for Debtor(s)
Georgette Miller, Esq.
Dilworth Paxson LLP
1500 Market Street
Suite 3500e
Phildelphia, PA 19102

**VIA ECF**

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Date: September 16, 2022

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant