**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Cristal Watkins-Ford | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 20-11101 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Supplemental Application and Proposed Order on <u>September 27, 2023</u>, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: October 14, 2023          /s/ <u>Michelle Lee, Esq.</u>
                                 Dilworth Paxson LLP
                                 1500 Market Street, Suite 3500E
                                 Philadelphia, PA 19102