## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cristal Watkins-Ford : | |
| : | Chapter 13 |
| Name : | |
| : | Case No. 20-11101 |
| : | |
| Debtor(s). : | |

## ORDER TO ALLOW COUNSEL FEES

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1400.00 in compensation.

3. The Chapter 13 trustee is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Dated: October 20, 2023

_____
Bankruptcy Judge