# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

                               **:**      CHAPTER 13

IN RE    **Cristal M. Watkins-Ford**   **:**

                                        BANKRUPTCY NO. **20-11101-elf**

         Debtor           **:**

_____

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

To the Clerk of Court:

      Kindly mark Proof of Claim No: 2, filed by 191 Presidential Condominium Association on February 28, 2020, **WITHDRAWN.**

                                                      _____

                                                      By: Stefan Richter,
                                                      Attorney for 191 Presidential
                                                      Condominium Association

Dated: February 29, 2024