L.B.F. 9014-4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: Cristal Watkins-Ford**                  :   Chapter 13

                                                 :

          **Debtor(s)**                         :   Bky. No. 20-11101


\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

     I, Michelle Lee, certify that on February 10, 2026, I did cause a true and correct.
copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan and Notice

     I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:   February 10, 2026               /s/ Michelle Lee
                                                DILWORTH PAXSON LLP
                                                Michelle Lee, Esq.
                                               1650 Market Street, Suite 1200
                                               Philadelphia, PA 19103

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address.  Continue to the next page if necessary).

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth West<br>Office of the Chapter 13 Standing Trustee<br>P.O. Box 40837<br>Philadelphia, PA 19107 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ X CM/ECF<br>☐ Other_____ |
| Cristal Watkins-Ford<br>191 Presidential Blvd.<br>#512<br>Bala Cynwyd, PA 19004 | Debtor | ☐ Hand-delivered<br>☐ X Regular mail XX<br>☐ Certified mail/RR<br>☐ XX E-mail XX<br>☐ CM/ECF<br>☐ Other_____ |
| **United States Trustee**<br>Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ XX CM/ECF<br>☐ Other_____ |
| Creditors Matrix | Creditors | ☐ Hand-delivered<br>☐ XX Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |

# Creditors

**191 Presidential Condominium Assoc**
c/o Stefan Richter, Esq.
Clemons Richter & Reiss, P.C.
2003 South Easton Road, Suite 300
Doylestown, PA 18901

**191 Presidential Condos**
Stefanie Richter, Esq.
Clemons, Richter & Reiss, P.C.
2003 S. Easton Road, Suite 300
Doylestown, PA 18901

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Amex**
P.o. Box 981537
El Paso, TX 79998

**Bank Of America**
Po Box 982238
El Paso, TX 79998

**Bank Of America, N.a.**
Po Box 45144
Jacksonville, FL 32231

**BANK OF AMERICA, N.A.**
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

**Bank of America, N.A.**
PO BOX 31785
Tampa, FL 33631-3785

**Bank of America,NA**
c/o Brian C. Nicholas,Esq.
701 Market St., Ste 5000
Philadelphia, PA 19106

**Cap1/l&t**
Po Box 30253
Salt Lake City, UT 84130

**Capital One**
Po Box 30253
Salt Lake City, UT 84130

**Capital One Bank Usa N**
Po Box 30253
Salt Lake City, UT 84130

**Capital One Bank Usa N**
Po Box 30281
Salt Lake City, UT 84130

**Capital One N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Carrington Mortgage Services, LLC**
1600 S. Douglass Road Anaheim, CA 92806

**Cavalry Portfolio Serv**
500 Summit Lake Drive
Valhalla, NY 10595

**Cavalry SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Cbna**
Po Box 6217
Sioux Falls, SD 57117

**Cbna**
Po Box 6497
Sioux Falls, SD 57117

**Citibank, N.A.**
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Citicards Cbna**
Po Box 6217
Sioux Falls, SD 57117

**Citimortgage Inc**
Po Box 6243
Sioux Falls, SD 57117

**Citizens Bank**
Po Box 42002
Providence, RI 02940-2002

**Citizens Bank**
1000 Lafayette Blvd
Bridgeport, CT 06604

**Citizens Bank**
1000 Lafayette Blvd
Bridgeport, CT 06604

**Citizens Bank**
1000 Lafayette Blvd
Bridgeport, CT 06604

**Citizens Bank N.A.**
One Citizens Bank Way
JCA115
Johnston, RI 02919

**Compu-Link Corporation d/b/a Celink et al**
c/o Michael J. Clark, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

**Department Stores National Bank**
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

**Discover Fin Svcs Llc**
Pob 15316
Wilmington, DE 19850

**Fm/citizens/nelnet**
1 Citizens Dr
Riverside, RI 02915

**Freedom Cu**
Arsenal Bus Center
Philadelphia, PA 19137

**Freedom Cu**
Arsenal Bus Center
Philadelphia, PA 19137

**Jpmcb Card**
Po Box 15369
Wilmington, DE 19850

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**Macys/dsnb**
Po Box 8218
Mason, OH 45040

**ONEMAIN**  
P.O. BOX 3251  
EVANSVILLE, IN 47731-3251

(14472869)  
(cr)

**Onemain**  
Po Box 1010  
Evansville, IN 47706

(14471543)  
(cr)

**Portfolio Recovery Associates, LLC**  
POB 41067  
Norfolk VA 23541

(14491557)  
(cr)

**Resurgent Receivables LLC**  
PO Box 10587  
Greenville  
SC  
29603

(14960001)  
(cr)

**reverse mortgage funding**  
PO BOX 40724  
Lansing, MI 48901

(14471544)  
(cr)

**Reverse Mortgage Funding, LLC**  
c/o Compu-Link Co. d/b/a Celink  
ATTN Bankruptcy Department  
101 W. Louis Henna Blvd., Ste 450  
Austin, TX 78728

(14495464)  
(cr)

**Thd/cbna**  
Po Box 6497  
Sioux Falls, SD 57117

(14471545)  
(cr)

**Toyota Motor Credit Co**  
Two Walnut Groove Dr  
Horsham, PA 19044

(14471546)  
(cr)

**Vw Credit Inc**  
P.o. Box 3  
Hillsboro, OR 97123

(14471547)  
(cr)

**VW Credit Leasing, Ltd**  
c/o VW Credit, Inc.  
PO Box 9013  
Addison, Texas 75001

(14499902)  
(cr)