## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Cristal Watkins-Ford** | **:** | **CHAPTER 13** |
| | **:** | |
| **DEBTOR(S),** | **:** | **CASE NO. 20-11101-amc** |

## PRAECIPE TO WITHDRAW DOCUMENT

To the Clerk,

Kindly withdraw Debtor's Motion to Modify Chapter 13 Plan, docket number 85 filed on February 25, 2026.

Dated: March 2, 2026                          Respectfully Submitted,

                                                              /s/ Michelle Lee

                                                              Michelle Lee, Esq.
                                                              Dilworth Paxson LLP
                                                              1650 Market Street, Suite 1200
                                                              Philadelphia, PA 19103

{00362533;v1}