**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:  Cristal Watkins-Ford** | **:** | **Chapter 13** |
| | **:** | |
| | **:** | |
| **Debtor,** | **:** | **Bankruptcy No.  20-11101** |

## O R D E R

**AND NOW, this_____ day of _____, 2026,** upon consideration of the

Debtor's Motion to Modify Plan Post-Confirmation [D.I. 89], and after notice and hearing, and

with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The Debtor's Amended Chapter 13 Plan [D.I. 89] is **APPROVED**.

_____
**Honorable Bankruptcy Judge**