**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Cristal M. Watkins-Ford | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 20-11101 AMC |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the standing trustee's confirmation recommendation ,
docket entry #94

Respectfully submitted,

/s/ Kenneth E. West, Esq.

June 23, 2026

Kenneth E. West, Esq.
Chapter 13 Standing Trustee