**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In re:  Cristal Watkins-Ford**             :             **Chapter 13**
                                                     :
                                                     :
        **Debtor,**                          :             **Bankruptcy No.  20-11101**

## O R D E R

**AND NOW, this** 23rd **day of** June **, 2026,** upon consideration of the

Debtor's Motion to Modify Plan Post-Confirmation [D.I. 80], and after notice and hearing, and

with the consent of the Chapter 13 Trustee,

        It is hereby **ORDERED** that:

        1.        The Motion is **GRANTED**.

        2.        The Debtor's Amended Chapter 13 Plan [D.I. 89] is **APPROVED**.

_____
                **Honorable Bankruptcy Judge**