Certificate Number: 15317-PAE-DE-041204926

Bankruptcy Case Number: 20-11101



15317-PAE-DE-041204926

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2026, at 12:39 o'clock PM PDT, Cristal Marie Watkins-Ford completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 14, 2026                    By:    /s/Mawrin Sison

Name:  Mawrin Sison

Title:   Certified Credit Counselor