United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-11101-amc

Cristal M. Watkins-Ford Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 06, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cristal M. Watkins-Ford, 191 Presidential Blvd., #512, Bala Cynwyd, PA 19004-1218 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of U.S. Department of Housing and Urban Development (HUD) anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA N.A. denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor Compu-Link Corporation d/b/a Celink as servicer for Reverse Mortgage Funding LLC KRLITTLE@FIRSTAM.COM |

| | |
|---|---|
| MICHAEL JOHN CLARK | on behalf of Creditor Compu-Link Corporation d/b/a Celink as servicer for Reverse Mortgage Funding LLC mclark@pincuslaw.com brausch@pincuslaw.com |
| MICHELLE LEE | on behalf of Debtor Cristal M. Watkins-Ford bky@dilworthlaw.com ksheronas@dilworthlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEFAN RICHTER | on behalf of 191 Presidential Condominium Unit Owners Association srichter@beckerlawyers.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Cristal Watkins-Ford | : | |
| | : | Case No. 20-11101 |
| | : | |
| Debtor(s). | : | |

**ORDER TO ALLOW COUNSEL FEES**

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4804.25 and $ -0- in expenses.

3. The Chapter 13 trustee is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Dated: August 6, 2026

Bankruptcy Judge