United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Cristal M. Watkins-Ford
Debtor

Case No. 20-11101-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Aug 12, 2026 Form ID: 138OBJ Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cristal M. Watkins-Ford, 191 Presidential Blvd., #512, Bala Cynwyd, PA 19004-1218 |
| 14476832 | + | 191 Presidential Condominium Assoc, c/o Stefan Richter, Esq., Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14471520 | + | 191 Presidential Condos, Stefanie Richter, Esq., Clemons, Richter & Reiss, P.C., 2003 S. Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14713479 | + | Bank of America,NA, c/o Brian C. Nicholas,Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14765941 | | Carrington Mortgage Services, LLC, 1600 S. Douglass Road Anaheim, CA 92806 |
| 14471538 | + | Fm/citizens/nelnet, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 14471539 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14495464 | + | Reverse Mortgage Funding, LLC, c/o Compu-Link Co. d/b/a Celink, ATTN Bankruptcy Department, 101 W. Louis Henna Blvd., Ste 450, Austin, TX 78728-1357 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 13 2026 02:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2026 02:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14490092 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2026 02:13:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14471521 | + | Email/PDF: bncnotices@becket-lee.com | Aug 13 2026 02:13:30 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14713230 | ^ | MEBN | Aug 13 2026 02:08:58 | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14471522 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 13 2026 02:10:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14471523 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 13 2026 02:10:00 | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 14490728 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 13 2026 02:10:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14471536 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 13 2026 02:10:00 | Citizens Bank, Po Box 42002, Providence, RI 02940-2002 |
| 14475283 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 13 2026 02:10:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |

| | | | | |
|---|---|---|---|---|
| 14471524 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 02:13:27 | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14471525 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 02:13:27 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14471526 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 02:13:30 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14471527 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 02:13:32 | Capital One Bank Usa N, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14489574 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 13 2026 02:13:27 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14471528 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2026 02:10:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 14477276 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2026 02:10:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14471529 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2026 02:23:53 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14471530 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2026 02:23:53 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14500050 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2026 02:23:53 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14471531 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2026 02:23:53 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14471532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2026 02:23:53 | Citimortgage Inc, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 14471533 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 13 2026 02:10:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14471542 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2026 02:23:53 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14500051 | | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2026 02:10:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14471537 | + | Email/Text: mrdiscen@discover.com | Aug 13 2026 02:10:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14488508 | + | Email/Text: RASEBN@raslg.com | Aug 13 2026 02:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14471541 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 13 2026 02:13:35 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 14472869 | | Email/PDF: cbp@omf.com | Aug 13 2026 02:13:30 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14471543 | + | Email/PDF: cbp@omf.com | Aug 13 2026 02:13:34 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14491557 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2026 02:13:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14960001 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2026 02:13:31 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14471545 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2026 02:23:48 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14471546 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 13 2026 02:10:00 | Toyota Motor Credit Co, Two Walnut Groove Dr, Horsham, PA 19044-2219 |
| 14499902 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Aug 13 2026 02:10:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

| | | | |
|---|---|---|---|
| 14471547 | + Email/Text: vci.bkcy@vwcredit.com | Aug 13 2026 02:10:00 | Vw Credit Inc, P.o. Box 3, Hillsboro, OR 97123-0003 |
| 14471544 | ^ MEBN | Aug 13 2026 02:09:12 | reverse mortgage funding, PO BOX 40724, Lansing, MI 48901-7924 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14471534 | *+ | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14471535 | *+ | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14471540 | * | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14473841 | ##+ | Compu-Link Corporation d/b/a Celink et al, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of U.S. Department of Housing and Urban Development (HUD) anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA N.A. denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor Compu-Link Corporation d/b/a Celink as servicer for Reverse Mortgage Funding LLC KRLITTLE@FIRSTAM.COM |
| MICHAEL JOHN CLARK | on behalf of Creditor Compu-Link Corporation d/b/a Celink as servicer for Reverse Mortgage Funding LLC mclark@pincuslaw.com brausch@pincuslaw.com |
| MICHELLE LEE | on behalf of Debtor Cristal M. Watkins-Ford bky@dilworthlaw.com ksheronas@dilworthlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

STEFAN RICHTER
on behalf of 191 Presidential Condominium Unit Owners Association srichter@beckerlawyers.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138OBJ* (6/24)−doc 109 − 106

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Cristal M. Watkins−Ford<br><br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 20−11101−amc<br><br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 12, 2026

For The Court

Mohung Wong
Clerk of Court