United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 20-11101-amc
Cristal M. Watkins-Ford Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Sep 16, 2026 Form ID: 3180W Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cristal M. Watkins-Ford, 191 Presidential Blvd., #512, Bala Cynwyd, PA 19004-1218 |
| NONE | + | 191 Presidential Condominium Unit Owners Associati, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14476832 | + | 191 Presidential Condominium Assoc, c/o Stefan Richter, Esq., Clemons Richter & Reiss, P.C., 2003 South Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14471520 | + | 191 Presidential Condos, Stefanie Richter, Esq., Clemons, Richter & Reiss, P.C., 2003 S. Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14713479 | + | Bank of America,NA, c/o Brian C. Nicholas,Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14765941 | | Carrington Mortgage Services, LLC, 1600 S. Douglass Road Anaheim, CA 92806 |
| 14471538 | + | Fm/citizens/nelnet, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 14471539 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14495464 | + | Reverse Mortgage Funding, LLC, c/o Compu-Link Co. d/b/a Celink, ATTN Bankruptcy Department, 101 W. Louis Henna Blvd., Ste 450, Austin, TX 78728-1357 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 17 2026 00:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 17 2026 05:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 17 2026 00:58:00 | CARRINGTON MORTGAGE SERVICES, LLC, 1600 SOUTH DOUGLASS ROAD, ANAHEIM, CA 92806 |
| 14490092 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2026 01:03:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14471521 | + | Email/PDF: bncnotices@becket-lee.com | Sep 17 2026 01:03:46 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14713230 | ^ | MEBN | Sep 17 2026 00:56:27 | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14471522 | + | EDI: BANKAMER | Sep 17 2026 05:01:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14471523 | + | EDI: BANKAMER | Sep 17 2026 05:01:00 | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 14490728 | | EDI: BANKAMER | Sep 17 2026 05:01:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |

| | | | | |
|---|---|---|---|---|
| 14471536 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 17 2026 00:58:00 | Citizens Bank, Po Box 42002, Providence, RI 02940-2002 |
| 14475283 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 17 2026 00:58:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 14471524 | + | EDI: CAPITALONE.COM | Sep 17 2026 05:01:00 | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14471525 | + | EDI: CAPITALONE.COM | Sep 17 2026 05:01:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14471526 | + | EDI: CAPITALONE.COM | Sep 17 2026 05:01:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14471527 | + | EDI: CAPITALONE.COM | Sep 17 2026 05:01:00 | Capital One Bank Usa N, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14489574 | + | EDI: AIS.COM | Sep 17 2026 05:01:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14471528 | + | Email/Text: bankruptcy@cavps.com | Sep 17 2026 00:58:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 14477276 | + | Email/Text: bankruptcy@cavps.com | Sep 17 2026 00:58:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14471529 | + | EDI: CITICORP | Sep 17 2026 05:01:00 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14471530 | + | EDI: CITICORP | Sep 17 2026 05:01:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14500050 | | EDI: CITICORP | Sep 17 2026 05:01:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14471531 | + | EDI: CITICORP | Sep 17 2026 05:01:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14471532 | + | EDI: CITICORP | Sep 17 2026 05:01:00 | Citimortgage Inc, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 14471533 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 17 2026 00:58:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14471542 | | EDI: CITICORP | Sep 17 2026 05:01:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14500051 | | EDI: Q3G.COM | Sep 17 2026 05:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14471537 | + | EDI: DISCOVER | Sep 17 2026 05:01:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14488508 | + | Email/Text: RASEBN@raslg.com | Sep 17 2026 00:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14471541 | + | EDI: JPMORGANCHASE | Sep 17 2026 05:01:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 14472869 | | EDI: AGFINANCE.COM | Sep 17 2026 05:01:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14471543 | + | EDI: AGFINANCE.COM | Sep 17 2026 05:01:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14491557 | | EDI: PRA.COM | Sep 17 2026 05:01:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14960001 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 01:03:39 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14471545 | + | EDI: CITICORP | Sep 17 2026 05:01:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

| | | | | |
|---|---|---|---|---|
| 14471546 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 17 2026 00:58:00 | Toyota Motor Credit Co, Two Walnut Groove Dr, Horsham, PA 19044-2219 |
| 14499902 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Sep 17 2026 00:58:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14471547 | + EDI: G2RSVOLKSWGN | Sep 17 2026 05:01:00 | Vw Credit Inc, P.o. Box 3, Hillsboro, OR 97123-0003 |
| 14471544 | ^ MEBN | Sep 17 2026 00:56:33 | reverse mortgage funding, PO BOX 40724, Lansing, MI 48901-7924 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14471534 | *+ | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14471535 | *+ | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14471540 | * | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14473841 | ##+ | Compu-Link Corporation d/b/a Celink et al, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of U.S. Department of Housing and Urban Development (HUD) anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA N.A. denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor Compu-Link Corporation d/b/a Celink as servicer for Reverse Mortgage Funding LLC KRLITTLE@FIRSTAM.COM |
| MICHAEL JOHN CLARK | on behalf of Creditor Compu-Link Corporation d/b/a Celink as servicer for Reverse Mortgage Funding LLC |

| | |
|---|---|
| | bkecf@padgettlawgroup.com brausch@pincuslaw.com |
| MICHELLE LEE | on behalf of Debtor Cristal M. Watkins-Ford bky@dilworthlaw.com ksheronas@dilworthlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEFAN RICHTER | on behalf of 191 Presidential Condominium Unit Owners Association srichter@beckerlawyers.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Cristal M. Watkins–Ford<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–9528 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 20–11101–amc | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cristal M. Watkins–Ford

9/16/26

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**